UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 16, 2024, the Court scheduled an initial case management conference for February 12, 2024, and directed the parties to file a Report of a Report of Rule 26(f) Meeting and Proposed Case Management Plan For Pro Se Case ("PCMP") by February 5, 2023. (ECF No. 18). The parties failed, however, to file the PCMP by the Court-ordered deadline or to request an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **February 8, 2024**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:     New York, New York
            February 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**