UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the proposed case management plan filed by pro se Plaintiff Ludwig Pantaleon-Thomas. (ECF No. 23 (the "PCMP")). The Court notes that the PCMP is dated February 12, 2024, i.e., the date that the Court held the initial case management conference and entered the initial case management plan, and infers that Mr. Pantaleon-Thomas intended for the Court to receive the PCMP prior to entry of the ICMP. (See ECF min. entry Feb. 12, 2024; ECF No. 22 (the "ICMP"). The Court appreciates Mr. Pantaleon-Thomas' submission of the PCMP, and confirms that the schedule set forth in the ICMP remains in place.

Dated:     New York, New York
            February 15, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**