UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is pro se Plaintiff Ludwig Pantaleon-Thomas' motion (ECF No. 25 (the "Motion")) for reconsideration of the Court's February 12, 2024 Order denying his request (ECF No. 19 (the "Request")) for an order directing Defendants' to amend their answer pursuant to Federal Rule of Civil Procedure 8(a) and striking certain of Defendants' affirmative defenses. (ECF No. 22 ¶ 1). The Court denied the Request without prejudice to renewal "at the appropriate time, following the close of discovery." (Id.) In the Motion, Mr. Pantaleon-Thomas states that he "would like to clarify for the record that his [R]equest for said order is pursuant to Rule 8(b), not Rule 8(a)." (ECF No. 25 ¶ 5). The Court acknowledges and appreciates Mr. Pantaleon-Thomas' clarification. For same reasons stated at the February 12, 2024 initial case management conference, however, the Request remains denied without prejudice to renewal at the appropriate time, following the close of discovery. Accordingly, the Motion is DENIED.

The Clerk of Court is respectfully directed to close ECF No. 25.

Dated:     New York, New York
            March 14, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**