UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                      Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                      Defendants.

CIVIL ACTION NO.: 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **April 3, 2024**, Defendants shall respond to Plaintiff's request at ECF No. 29 and shall address whether their Answer (ECF No. 17) complies with Federal Rule of Civil Procedure 8(b).

Dated:      New York, New York
              March 27, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**