UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 7418 (VEC) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Plaintiff Ludwig Pantaleon-Thomas's request at ECF No. 34 (the "Request"), which the Court construes as a request for a discovery conference pursuant to Local Civil Rule 37.2, is GRANTED. A telephone conference is scheduled for **Wednesday, August 21, 2024 at 10:00 am** to discuss the issues raised in the Request, i.e., Mr. Pantaleon's requests for an order compelling certain discovery from Defendants and to extend the discovery deadline, which Defendants oppose (see ECF No. 36). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 34.

Dated:      New York, New York
              August 8, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**