UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                    Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                    Defendants.

CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 21, 2024 (the "Conference"), regarding pro se Plaintiff Ludwig Pantaleon-Thomas' requests (the "Requests") for an order compelling certain discovery from Defendants and to extend the discovery deadline (ECF No. 34), the Requests are GRANTED as follows:

1. The fact discovery deadline is EXTENDED to **September 4, 2024** for the limited purpose of allowing Defendants to produce by that date the following supplemental discovery (the "Supplemental Discovery"):

    a. An organizational chart or other document reflecting the corporate relationship between Kia Motors and Hyundai Capital America.

    b. A written admission that, as of July 16, 2023 and continuing through to the present, Hyundai Capital America held the assignment of the Sales Contract. (See ECF No. 36 at 3).

2. At the Conference, Mr. Pantaleon-Thomas confirmed that, following his receipt of the Supplemental Discovery, he does not seek Defendants' deposition(s) or any other

      discovery from Defendants. Accordingly, on Defendants' service of the Supplemental Discovery, the Court will deem all fact discovery closed.

3. By **September 18, 2024**, Mr. Pantaleon-Thomas shall file a letter confirming his receipt of the Supplemental Discovery and advising whether—and, if so, how—he intends to proceed with this action.

4. By **August 23, 2024**, Defendants shall order a transcript of the Conference and select the seven (7) day option for service.

Dated:     New York, New York
           August 21, 2024

                                          SO ORDERED.

                                          */s/ Sarah L. Cave*
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**