UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-                                        CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)

HYUNDAI CAPITAL AMERICA, PAR NORTH            **ORDER**
AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On August 21, 2024, the Court held a conference (the "Conference") and directed Defendants to order a transcript (the "Transcript") of the Conference by August 23, 2024. (ECF No. 38). To date, Defendants have not ordered the Transcript. Accordingly, the Court directs Defendants to order the Transcript by **August 27, 2024**.

Dated:      New York, New York
               August 26, 2024

                                                        SO ORDERED.

                                                        _____
                                                        SARAH L. CAVE
                                                        **United States Magistrate Judge**