UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUDWIG PANTALEON-THOMAS,<br><br>                    Plaintiff,<br><br>-v-<br><br>HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,<br><br>                    Defendants. | CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 3, 2024, it is ORDERED as follows:

1. Fact discovery is deemed closed.

2. On or before **November 4, 2024**, Mr. Pantaleon-Thomas shall either (i) provide expert disclosures to Defendant as required by Federal Rule of Civil Procedure 26(a)(2) and notify the Court that he has done so, or (ii) notify the Court that he does not intend to seek expert discovery.

3. On or before **December 4, 2024**, Defendants shall deliver Mr. Pantaleon-Thomas their rebuttal to his expert discovery, if any.

Mr. Pantaleon-Thomas is reminded that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers.  The Clinic is run by the City Bar Justice Center; it is not part of or run by the Court and it cannot accept filings on behalf of the Court.  The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse.  The Clinic is open on weekdays from 10 am to 4 pm, except on days when the Court

2

is closed. More information on the Court's legal assistance clinic can be found at www.nysd.uscourts.gov/attorney/legal-assistance.

Dated:     New York, New York
           October 3, 2024

                                        SO ORDERED.

                                        *[signature: Sarah L. Cave]*
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**