UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court ordered Plaintiff Ludwig Pantaleon-Thomas to "either (i) provide expert disclosures to Defendant as required by Federal Rule of Civil Procedure 26(a)(2) and notify the Court that he has done so, or (ii) notify the Court that he does not intend to seek expert discovery" by November 4, 2024. (ECF No. 45 at 1).

Mr. Pantaleon-Thomas has not done so. As a one-time courtesy, the Court sua sponte extends the deadline for him to comply with the Court's Order to **November 8, 2024**.

Dated:        New York, New York
               November 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**