UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                              Plaintiff,

    -v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA,
and FINEST AUTOMOTIVE RECOVERY,

                              Defendants.

CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court ordered Plaintiff Ludwig Pantaleon-Thomas to "either (i) provide expert disclosures to Defendant as required by Federal Rule of Civil Procedure 26(a)(2) and notify the Court that he has done so, or (ii) notify the Court that he does not intend to seek expert discovery" by November 4, 2024.  (ECF No. 45 at 1).  Mr. Pantaleon-Thomas did not comply, so the Court sua sponte extended the deadline to November 8, 2024.  Mr. Pantaleon-Thomas failed to comply.

Accordingly, it is ORDERED as follows:

(1) All discovery is deemed **closed**.

(2) On or before **December 3, 2024**, the parties shall file a joint letter setting forth whether they (i) request a settlement conference and (ii) intend to pursue dispositive motions.

Dated:    New York, New York
          November 22, 2024      SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**