UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the Notice of Settlement (ECF No. 48), it is ORDERED that on or before **January 31, 2025**, the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a), for the attention of the Honorable Valerie Caproni. All other pending deadlines are **CANCELLED**.

Dated:    New York, New York
           December 4, 2024        SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**