UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDWIG PANTALEON-THOMAS,

                Plaintiff,

-v-

HYUNDAI CAPITAL AMERICA, PAR NORTH AMERICA, and FINEST AUTOMOTIVE RECOVERY,

                Defendants.

CIVIL ACTION NO. 23 Civ. 7418 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were directed to file a stipulation of dismissal for the attention of the Honorable Valerie Caproni on or before January 31, 2025. (ECF No. 49). They have not done so. As a one-time courtesy, the Court <u>sua sponte</u> extends the deadline for the parties to comply up to and including **February 5, 2025**.

Dated:    New York, New York
            February 3, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**